UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-9214-MWF(CWx)**                                    Dated: **June 11, 2012**

Title:   Kenneth Madick -*v*- Allstate Life Insurance Company of New York, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

   Lloyd Kevin Chapman                                       Michael J. Miller

**PROCEEDINGS:**        **COUNTER-RESPONDENT MADICK'S MOTION TO DISMISS [19]**

   The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the motion hearing.

   The Court hears oral argument from counsel and DENIES the motion. The discovery cut-off date stands.

Initials of Deputy Clerk   rs
:20