FILED
CLERK U.S. DISTRICT COURT

AUG 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

NOTE CHANGES MADE BY THE COURT.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MADICK, Trustee of Alvin Harris 2007 Irrevocable Trust Dated September 18, 2007,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK, and DOES 1 through 10,<br><br>Defendants.<br><br>ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Counter-Claimant,<br><br>vs.<br><br>KENNETH MADICK, Trustee of Alvin Harris 2007 Irrevocable Trust Dated September 18, 2007,<br><br>Counter-Respondent. | CASE NO. CV11-09214 MWF (CWx)<br>(Hon. Michael W. Fitzgerald)<br><br>ORDER ON AND MOTION TO COMPEL ATTENDANCE AT DEPOSITIONS OF AND PRODUCTION OF DOCUMENTS BY:<br>(1) DEFENDANT'S MOST KNOWLEDGEABLE DESIGNEE; AND<br>(2) DEFENDANT'S EMPLOYEE MIKE McCOLLOUGH;<br>AND TO EXTEND THE DISCOVERY CUT-OFF FOR PURPOSES OF THESE DEPOSITIONS AND FOR SANCTIONS<br><br>DATE: August 28, 2012<br>TIME: 10:00<br>PLACE: Courtroom 640 (Roybal) |

//
//
//

1

Plaintiff Kenneth Madick, presented its Motion to Compel Attendance at Depositions of and Production of Documents By: (1) defendant's Most Knowledgeable Designee; and (2) Defendant's Employee Mike Mccollough; and to Extend the Discovery Cut-off for Purposes of These Depositions and for Sanctions on August 28, 2012.

After consideration of the papers filed in support, in opposition, and in reply, and the exhibits thereto, and upon the oral argument of counsel, the Court finds good cause exists and grants the Motion as follows:

(1) Defendant and counter-claimant Allstate Life Insurance Company of New York ("Allstate") is Ordered to produce for deposition the following persons:

    1. Mike McCollough, a manager, agent, or employee; and

    2. The Persons Most Knowledgeable as to the topics identified in the deposition notice; and

(2) Within five days of this Order, Allstate shall identify in writing each person who will appear in response to the PMK deposition notice and the topics each person will testify to, in accordance with FRCivP Rule 30(b)(6).

(3) Allstate and the deponents are each jointly and severally Ordered to produce all documents requested in the respective deposition notices; and

(4) The depositions shall take place in Los Angeles at 4558 Sherman Oaks Avenue, Sherman Oaks, California, each deposition commencing at 10:00 a.m. Within five days of the date of this Order, Allstate is Ordered to provide to plaintiff, at least three available dates for each deponent, at least two of those three dates to be within 20 days of this Order and the third must be within 30 days of the date of this Order. Plaintiff shall have three business days to select the dates for the depositions, and the Allstate is Ordered to produce on those dates the deponents ready and prepared for deposition; and

ALTERNATE (4) The depositions shall take place in Lincoln, Nebraska, unless the parties agree otherwise, each deposition commencing at 10:00 a.m. Within five days of the date of this Order, Allstate shall proposed at least three sets of consecutive days on which its deponents are available, two sets of dates to be within 20 days of this Order and the

2

Order Compelling Allstate Depositions

1  third set to be within 30 days of this Order. Plaintiff shall have three business days to
2  select the dates for the depositions, and the Allstate is Ordered to produce on those dates
3  the deponents ready and prepared for deposition; and
4      (5) the discovery cut-off is extended for 30 days from the date of this Order solely
5  to permit these depositions; and
6      ~~(6) Allstate is ordered to pay to plaintiff's counsel the amount of $_____~~
7  ~~pursuant to Rule 37, as well as compelling the deponents and Allstte's counsel to travel~~
8  ~~to Los Angeles.~~

10  IT IS SO ORDERED.

12  DATED: August 28, 2012         _[signature]_
13                                                HONORABLE CARLA M. WOEHRLE
                                              United States District Ccourt Magistrate