JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MADICK | Case No.: CV 11-9214-MWF (CWx) |
| Plaintiff, | **JUDGMENT AFTER JURY TRIAL** |
| vs. | |
| ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK, et al., | |
| Defendants. | |

On November 20, 2012, the above matter came on for jury trial between plaintiff KENNETH MADICK and defendant ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK. The matter was tried before the Honorable Michael W. Fitzgerald, in the above-captioned court. Plaintiff KENNETH MADICK was represented by his attorneys Jeff Katofsky and Lloyd K. Chapman. Defendant ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK was represented by its attorneys Jason P. Gosselin and Lisa D. Stern of Drinker Biddle & Reath LLP.

1  After hearing the evidence and the arguments of counsel, the case was
2  submitted to the jury. The jury deliberated, and on November 28, 2012, after
3  returning into court and being called the jurors rendered their unanimous verdict in
4  writing on the issue of liability in favor of ALLSTATE LIFE INSURANCE
5  COMPANY OF NEW YORK.
6  Pursuant to Rules 54(a) and 58(b)(2)(A) of the Federal Rules of Civil
7  Procedure, by reason of the referenced verdict, and by reason of the Court's prior
8  orders in this action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED
9  as follows:
10  Judgment is entered in favor of defendant ALLSTATE LIFE INSURANCE
11  COMPANY OF NEW YORK; and
12  Plaintiff KENNETH MADICK shall take nothing by way of his complaint
13  against ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK; and
14  ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK is a
15  prevailing party for the purpose of any recovery of allowed costs as set forth in
16  Local Civil Rule 54.

**IT IS SO ORDERED.**

DATED: December 12, 2012

_____
MICHAEL W. FITZGERALD
United States District Judge